**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-23018-BLOOM/Torres**

MSP RECOVERY CLAIMS, SERIES
LLC, *and* MSP RECOVERY CLAIMS,
SERIES 44 LLC,

      Plaintiffs,

v.

ACE PROPERTY AND
CASUALTY INSURANCE COMPANY,
ACE INSURANCE COMPANY OF THE
MIDWEST, ACE FIRE UNDERWRITERS
INSURANCE COMPANY, *and* ACE
AMERICAN INSURANCE COMPANY,

      Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiffs MSP Recovery Claims, Series LLC, and

MSP Recovery Claims, Series 44 LLC's ("Plaintiffs") Motion for Remand, ECF No. [13], filed

on September 11, 2023 ("Motion"). The Motion was previously referred to the Honorable Alicia

M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF

No. [22]. On November 16, 2023, the Magistrate Judge issued a R&R recommending that the

Motion be granted in part and denied in part. ECF No. [33]. The R&R states that the parties shall

file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date,

the parties have filed no objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this

case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291

(11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well

reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that

the Motion must be granted in part and denied in part for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.      The R&R, **ECF No. [33]**, is **ADOPTED**;

2.      The Motion, **ECF No. [13]**, is **GRANTED IN PART AND DENIED IN PART**;

3.      Plaintiff's Motion to Remand is **GRANTED**;

4.      Plaintiff's request for attorney's fees and costs incurred in connection with the

        Motion for Remand is **DENIED**;

5.      All other pending motions are **DENIED AS MOOT**;

6.      This case is **REMANDED** to the Circuit Court of the Eleventh Judicial Circuit in and

        for Miami-Dade County, Florida; and

7.      The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 1, 2023.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2